IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

HAROLD HAYES, :

    Plaintiff, :

                                  Case No. 3:09cv00024

                             :

vs.                          District Judge Walter Herbert Rice
                             :   Magistrate Judge Sharon L. Ovington

MICHAEL J. ASTRUE,
Commissioner of the Social     :
Security Administration,

                             :

    Defendant.

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON DECEMBER 10, 2009 (Doc. #11); AFFIRMING THE COMMISSIONER'S NON-DISABILITY DECISION; AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

---

    The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #11), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

    It is therefore **ORDERED** that:

    1.    The Report and Recommendations filed on December 10, 2009 (Doc. #11) is ADOPTED in full;

    2.    The Commissioner's final non-disability decision is affirmed; and

    3.    The case is terminated on the docket of this Court.

                                                           */s/ Walter Herbert Rice*
                                                       Walter Herbert Rice
                                                       United States District Judge